UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROY BRANTLEY (#361380), | CIVIL ACTION NO. 1:16-CV-1387-P |
| VERSUS | JUDGE DONALD E. WALTER |
| LA DEPT. OF SAFETY & CORRECTIONS | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Brantley's claim for reinstatement of good time is hereby DENIED and DISMISSED with prejudice under §§ 1915(e)(2)(b) and 1915A, and Brantley's claim for monetary damages is DENIED and DISMISSED without prejudice to refiling once the Heck conditions have been met.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Shreveport [~~Alexandria~~], Louisiana, this 31 day of January, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE